E-Filing

FILED

AUG 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  JENNIFER G. PERKELL
   State Bar No. 203205
6  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5726
8    Fax: (415) 703-5843

9  Attorneys for Defendant D.A. Shelton

10 GIBSON, DUNN & CRUTCHER LLP
   MICHAEL B. SMITH, SBN 235764
11 JEFFREY A. MINNERY, SBN 232259
   1881 Page Mill Road
12 Palo Alto, CA 94304
   Telephone: (650) 849-5300
13 Facsimile: (650) 849-5333

14 Attorneys for Plaintiff Everett White

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| EVERETT L. WHITE, | CASE NO. C 02-2204 VRW (PR) |
|---|---|
| Plaintiff, | STIPULATED SUPPLEMENT TO STIPULATED PROTECTIVE ORDER OF JULY 6, 2005 |
| v. | |
| D. A. SHELTON, | |
| Defendant. | |

The following additional items shall be designated "CONFIDENTIAL-ATTORNEYS' EYES ONLY," as that term is defined and described in the stipulated protective order filed July 6, 2005 ("protective order"), and shall be produced subject to that designation:

The audiotapes of the witness interviews conducted in connection with Confidential

1  Category 1 Investigation, log no. I-CTF-045-03 and referenced in the July 19, 2001
2  Memorandum.
3       Should further materials or items be located in the course of continuing discovery for which
4  production is required pursuant to the Federal Rules of Civil Procedure and that the Producing
5  Party (as defined in the protective order) reasonably and in good faith believes are entitled to
6  "CONFIDENTIAL-ATTORNEYS' EYES ONLY" designation, pursuant to a stipulation
7  between the Parties, such materials or items will be produced subject to the terms of the
8  protective order.
9       Following a meet-and-confer, if the Parties are unable to stipulate to a "CONFIDENTIAL-
10 ATTORNEYS' EYES ONLY" designation for the materials or items in question, a Party that
11 elects to press a challenge to the designation may do so pursuant to the terms set forth in section
12 6 of the protective order.
13      All terms and provisions of the protective order shall apply to this stipulated supplement.
14      IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.
15
16 DATED: July 29, 2005                    GIBSON, DUNN & CRUTCHER LLP
                                            MICHAEL B. SMITH
17
                                            By: _____
18                                          Attorneys for Plaintiff Everett White
19
20 DATED: July 22, 2005                    OFFICE OF THE ATTORNEY GENERAL
                                            JENNIFER G. PERKELL
21                                          DEPUTY ATTORNEY GENERAL
22                                          By: _____
                                            Attorneys for Defendant D.A. Shelton
23
24 IT IS SO ORDERED.
25
                  8  AUG  2005
26 DATED: _____         _____
27                                          HONORABLE VAUGHN R. WALKER
                                            United States District Judge
28 20023397.wpd

Stipulated Supplement to July 6, 2005 Stipulated Protective Order                White v. Shelton
Case No. C 02-2204 VRW (PR)